IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| IN RE:<br>ELLIS, BOBBY RAY<br>　　　　　　　　　　Debtor(s). | Case No. 09-10088-WV<br>(Chapter 7) |
|---|---|

# Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Chickasha Bank & Trust Co.<br>P.O. Box 1307<br>Chickasha, OK 73023 | $3.24 |
| TOTAL: | $3.24 |

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:  September 14, 2010

　　　　　　　　　　　　　　　　　　　　*/s/Kevin Coffey*
　　　　　　　　　　　　　　　　　　　　Kevin M. Coffey (OBA # 11791)
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　435 N. Walker, Suite 202
　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK  73102
　　　　　　　　　　　　　　　　　　　　405/235-1497
　　　　　　　　　　　　　　　　　　　　Fax:  405/606-7446